

FILED
2013 Jul-26 PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **TIFFIN MOTORHOMES, INC.**  )<br>  )<br>  **Plaintiff,**  )<br>  )<br>Vs.  )<br>  )<br>**PROGRESSIVE NORTHERN INSURANCE COMPANY,**  )<br>  )<br>  **Defendant.**  ) | CASE NO.: 3:13-CV-00963-CLS<br>(Removed from the Circuit Court or Franklin County, Alabama CV-13-900069) |

## AMENDED COMPLAINT

Comes now the Plaintiff, and having obtained leave of Court hereby amends its original complaint to properly designate as the proper party defendant Progressive Northern Insurance Company. All other averments and allegations of Plaintiffs original complaint are readopted and reaffirmed.

/s/Jeffrey L. Bowling
Jeffrey L. Bowling
Bedford, Rogers, & Bowling, P.C.
Post Office Box 669
Russellville, Alabama 35653
(256) 332-2880

CERTIFICATE OF SERVICE

This is to certify that a copy or the foregoing document has been served upon all counsel electronically by the CM/ECF system on this the 26 day of July, 2013.

Albert J. Trousdale II
113 East Tennessee St.
P.O. Box 367
Florence, AL 35631
albert@trousdaleryan.com

/s/Jeffrey L. Bowling
OF COUNSEL